# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gilbert Gutierrez** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 25-cv-2984-JAH-DEB |
| | ) |
| **CREDIT CORP SOLUTIONS INC.** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Seth Kinmont, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Credit Corp Solutions Inc. in Sacramento County, CA on November 6, 2025 at 9:15 am at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with  who as  at CSC is authorized by appointment or by law to receive service of process for Credit Corp Solutions Inc..

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DAMAGES FOR VIOLATIONS OF:
CIVIL COVER SHEET

, est. age Unknown, glasses: N,  hair, , .
Geolocation of Serve: https://google.com/maps?q=38.61622,-121.5163083333
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Yolo County_____ ,

___CA____ on ___11/6/2025_____ .

/s/ *Seth Kinmont*
_____
Seth Kinmont - +1 (310) 623-9172
Registration No.: PS20
Registration County: Yolo



Exhibit 1a)
11/6/2025 9:15 am PST
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6162200, -121.5163083